IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 25 2024
TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

The P3 Group, Inc., and Dee Brown.

Plaintiffs,

vs.

Illinois Valley Public Telecommunications Corporation d/b/a WTVP-TV, and The Public Broadcasting Service.

Defendants.

Case No. 2:24cv136-KGB

This case assigned to District Judge Baker
and to Magistrate Judge Volpe

## COMPLAINT

COME NOW the Plaintiffs, The P3 Group, Inc., and Dee Brown, by and through their attorneys, Gill Ragon Owen, P.A., and for their Complaint against the Defendants, Illinois Valley Public Telecommunications Corporation d/b/a WTVP-TV and the Public Broadcasting Service state as follows:

## PARTIES, JURISDICTION & VENUE

1. Plaintiff, The P3 Group, Inc. ("The P3 Group"), is a Tennessee Corporation doing business in Arkansas and Tennessee.

2. Plaintiff, Dee Brown, is an individual resident of Arkansas.

3. Defendant, Illinois Valley Public Telecommunications Corporation d/b/a WTVP-TV ("WTVP") is an Illinois limited liability company.

4. Defendant, the Public Broadcasting Service ("PBS") is a not-for profit corporation incorporated under the laws of the District of Columbia.

5. This Court has jurisdiction over this action under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff and Defendants, and the amount in

controversy exceeds $75,000 exclusive of interest and costs. In addition, this Court has jurisdiction over The P3 Group's copyright infringement claim under 28 U.S.C. § 1331 and 28 U.S.C. § 1338.

6. Venue in this district is proper under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in the Central District of Arkansas and, with regard to The P3 Group's copyright infringement claim, under 28 U.S.C. § 1400(a).

## **FACTS**

7. From December, 2021 to January of 2024, at WTVP's request, The P3 Group produced, filmed, edited, and mixed episodes of two television programs titled "Self Made with Dee Brown CEO" and "#HBCYou with Dee Brown CEO."

8. In each episode of "Self Made with Dee Brown CEO" Mr. Brown interviewed guests "both local and national, who started from ordinary circumstance and have gone on to achieve extraordinary success in their respective fields" to "shine a light on the stories of women and men who are living the American Dream. . . ."[1]

9. For "#HBCYou with Dee Brown CEO," Mr. Brown interviewed "men and women who have attended America's historically black colleges and universities," sharing "inspiring stories and conversations with alumni who are using their education to impact the lives of others."[2]

10. Each episode of the two programs is The P3 Group's intellectual property.

11. Each episode of the two programs contains Dee Brown's name, voice, likeness, persona, opinions, and creative work.

---

[1] Defendants' description of "Self Made with Dee Brown CEO," formerly available at https://www.pbs.org/show/self-made-dee-brown-ceo/ (May 2, 2024).
[2] Defendants' description of "#HBCYou with Dee Brown CEO," formerly available at https://www.wtvp.org/local-programs/hbcyou/ (May 2, 2024).

12. Some of the Intellectual Property was filmed in Peoria, Illinois. Some was filmed in Marion, Arkansas.

13. A significant amount of the pre- and post-production work associated with the Intellectual Property was performed in Arkansas.

14. During 2022, 2023, and 2024, The P3 Group and Mr. Brown completed eighty-nine (89) episodes of "Self Made with Dee Brown CEO" and ninety-one (91) episodes of "#HBCYou with Dee Brown CEO" (the episodes produced during this time are referred to collectively herein as the "Intellectual Property").

15. WTVP valued each episode of the Intellectual Property at $31,740.00.

16. Plaintiffs created the Intellectual Property's based on WTVP's agreement to acknowledge a tax-deductible contribution for each episode in the amount of $31,740.00.

17. The parties' agreement and actual course of performance was as follows:

a. At the end of each tax year, WTVP was to send The P3 Group an "official receipt for income tax purposes" confirming a total tax-deductible contribution The P3 Group had made for that year. WTVP's tax receipt for 2022 is attached hereto as **Exhibit A**.

b. Upon receiving WTVP's contribution confirmation correspondence, The P3 Group's was to acknowledge receipt of WTVP's correspondence and, in exchange for WTVP's contribution confirmation, relinquish The P3 Group's intellectual property rights in the applicable episodes with DBI retaining a royalty-free license to share in the works in collaboration with WTVP. The P3 Group's acknowledgment correspondence for 2022 is attached hereto as **Exhibit B**.

18. WTVP was aware of this arrangement and was aware that The P3 Group agreed to this arrangement, created the Intellectual Property, and relinquished its rights to the Intellectual Property with the expectation that The P3 Group would receive the benefit of WTVP's confirmation of a $31,740.09-per-episode contribution.

19. The P3 Group would not have agreed to create the Intellectual Property absent this agreement.

20. On September 28, 2023, WTVP's former CEO, Leslie Matuszak, died having resigned her position with WTVP the previous day.

21. On October 6, 2023, in light of Ms. Matuszak's unfortunate passing, WTVP, through its acting Chairman of the Board, Andrew Rand, and acting CEO, Julie Sanders, contacted The P3 Group with inquiries into the parties' agreement.

22. The P3 Group obliged WTVP's requests, detailing the agreement and providing copies of WTVP's previous valuations of the Intellectual Property. A copy of email correspondence between WTVP and The P3 Group regarding the agreement is attached hereto as **Exhibit C**.

23. From this point onward, WTVP never raised any concerns about the parties' agreement to The P3 Group.

24. Instead, WTVP continued to enjoy the benefit of the Intellectual Property and encouraged The P3 Group to produce additional episodes of the Intellectual Property, which The P3 Group did, in fact, produce.

25. The Intellectual Property was published nationwide, including in Arkansas, through WTVP's and PBS' respective websites, and WTVP used the Intellectual Property in satisfaction of or in furtherance of WTVP's progress towards PBS' diversity, equity, and inclusion reporting and planning standards—thereby increasing funding available to WTVP through PBS.

26. However, on March 22, 2024, in response to The P3 Group's request for WTVP's 2023 confirmation correspondence, WTVP advised P3 Group that "there is not a position available to provide [The P3 Group] with any tax-deductible contribution for 2022 nor 2023" and that the

confirmation correspondence WTVP had previously sent for 2022, which reflected a tax-deductible contribution of $2,922,300.00, was "not valid." A copy of WTVP correspondence is enclosed herewith as **Exhibit D**.

27. Through this correspondence, WTVP, without warning or further discussion with The P3 Group, effectively rescinded The P3 Group's deduction for 2022 and denied any deduction for the portions of the Intellectual Property attributable to 2023 and 2024.

28. WTVP never indicated to Plaintiffs that the compensation WTVP was to provide The P3 Group was contingent upon the occurrence of any event.

29. At all times relevant to this matter, WTVP took the benefit and use of The P3 Group's Intellectual Property with knowledge of P3 Group's expectation of receiving WTVP's contribution confirmation, even after WTVP's new leadership was remined of the parties' agreement on October 6, 2023.

30. Rather, WTVP continued to benefit from its use of the Intellectual Property with no intent issue a contribution confirmation consistent with the parties' agreement.

**Count I – Breach of Contract**

31. The allegations in the preceding paragraphs are incorporated herein by reference.

32. The P3 Group and WTVP entered into their agreement on or about JAN 2022.

33. The P3 Group undertook creation of the Intellectual Property and performed its obligations under the parties' agreement.

34. Pursuant to the agreement, WTVP was obligated to compensate The P3 Group for the Intellectual Property as described herein.

35. Despite demand, WTVP has failed to compensate The P3 Group in accordance with the parties' agreement.

36. As a result of WTVP's breach of the agreement, The P3 Group has suffered damages in an amount to be determined at trial.

37. The P3 Group is entitled to recover its attorney's fees.

**Count II – Unjust Enrichment**

38. The allegations in the preceding paragraphs are incorporated herein by reference.

39. The P3 Group created the Intellectual Property and permitted WTVP to use the Intellectual Property with the expectation that The P3 Group would be compensated.

40. WTVP knew of The P3 Group's expectation.

41. WTVP did, in fact, use the Intellectual Property and received the benefit thereof.

42. The P3 Group has not been compensated for WTVP's use of the Intellectual Property.

43. As a result, WTVP has been unjustly enriched to The P3 Group's detriment.

**Count III – Copyright Infringement under 17 U.S.C. § 101, et seq.**

44. The allegations in the preceding paragraphs are incorporated herein by reference.

45. At all times relevant hereto, The P3 Group was the holder of the exclusive rights under the Copyright Act of 1976, 17 U.S.C. § 101, et seq (the "Copyright Act") to reproduce, distribute, or license the reproduction and distribution of the Intellectual Property.

46. The Intellectual Property is comprised of works copyrightable under the Copyright Act.

47. While The P3 Group did initially grant WTVP a license for use of the portion of the Intellectual Property comprised of thirty-five (35) episodes of ""#HBCYou with Dee Brown CEO," and fifty-five (55) episodes of "Self Made with Dee Brown CEO" produced in 2021 and

2022, that license failed when WTVP informed The P3 Group that the compensation it had given The P3 Group in exchange for the licenses was "not valid."

48. The P3 Group never authorized WTVP, by license or otherwise, to copy or reproduce the portions of the Intellectual Property attributable to 2023 and 2024.

49. The P3 Group never gave PBS a license over any of the Intellectual Property.

50. WTVP and PBS reproduced and copied the Intellectual Property by airing the Intellectual Property on television and making the Intellectual Property available to view over the internet.

51. WTVP's and PBS' use of the Intellectual Property was unauthorized, and constitutes copyright infringement.

52. WTVP acted with knowledge and/or reckless disregard of The P3 Group's rights, such that WTVP's acts of infringement were willful, intentional, and malicious.

53. As a result of WTVP's and PBS' infringement, The P3 Group has damaged in an amount to be proven at trial.

54. The P3 Group is entitled to recover WTIV's profits to the extent such profits are not included as part of The P3 Group's actual damages.

55. In the alternative, at The P3 Group's election, The P3 Group is entitled to recover statutory damages in an amount up to $150,000.00 per copyright infringed, plus attorneys' fees.

**Count IV – Invasion of Privacy – Appropriation of Dee Brown's Name and Likeness**

56. The allegations in the preceding paragraphs are incorporated herein by reference.

57. Separate from The P3 Group's rights to the Intellectual Property under the Copyright Act, Dee Brown retains common law rights and statutory property rights under Ark. Code Ann. § 4-75-1101, et seq., to his personal name, image, likeness, persona, and privacy.

58. In copying, distributing, and exhibiting the Intellectual Property without authorization for commercial gain, WTVP and PBS have violated Dee Browns rights.

59. As a result, Dee Brown has been damaged in an amount to be determined at trial.

**Count V – Negligence**

60. The allegations in the preceding paragraphs are incorporated herein by reference.

61. WTVP, through its executive leadership, knew or should have known that WTVP was incapable of compensating The P3 Group for the Intellectual Property.

62. WTVP had a duty to inform The P3 Group of this fact and not to further induce The P3 Group to produce the Intellectual Property.

63. WTVP breached those duties by failing to exercise ordinary care to ensure WTVP and its agents did not enter into agreements containing obligations that WTVP could not fulfill or had no intention of fulfilling.

64. WTVP's negligence directly and proximately caused substantial damage to Plaintiffs.

WHEREFORE, Plaintiffs pray for judgment against Defendants for damages in an amount to be proven at trial, but not less than the jurisdictional amount for this Court, for Plaintiffs' attorney's fees, costs, pre- and post-judgment interest, and any other relief to which Plaintiffs may be entitled.

Respectfully submitted,
GILL RAGON OWEN, P.A.
425 West Capitol Ave., Suite 3800
Little Rock, Arkansas 72201
Telephone: (501) 376-3800
Facsimile: (501) 372-3359
finch@gill-law.com
heffington@gill-law.com

By: ______________________________
Matthew B. Finch, Ark. Bar No. 2001025
Aaron M. Heffington, Ark. Bar No. 2013227

Illinois Valley Public Telecommunications Corporation dba WTVP-TV
PO Box 1347
Peoria, IL 61654-1347
309-677-4747
800-837-4747
Federal ID #23-7041401

This is an official receipt for income tax purposes for 2022.

2/3/2023

The P3 Group, Inc.
Attn: Roshelle Brown
2670 Union Ave Ext. Ste 810
Memphis, TN 38112

Dear Roshelle Brown,

WTVP would like to thank you for your generous support of public media this past year. Without your investment, quality programs would not be possible, nor would locally produced programs. Your support of the trusted, valued, and essential services of WTVP helps keep our community educated, informed, and inspired now and in the future. We appreciate your continuing contributions!

We're sending this letter to inform you of the tax-deductible portion of your WTVP contribution during 2022. You may need this information as you prepare your income tax.

**TOTAL TAX-DEDUCTIBLE CONTRIBUTION FOR 2022** **$2,922,300.00**

Warmest regards,

Lesley Matuszak
President & CEO

EXHIBIT
A



The P3 Group, Inc.

Design - Build - Finance? You can BANK on us!®

February 27, 2023

Illinois Valley Public Telecommunications Corporation dba WTVP-TV
Attn: Lesley Matuszak
PO Box 1347
Peoria, IL 61654-1347

Dear Lesley Matuszak:

I am in receipt of the donation letter dated February 3, 2023. It has been a pleasure working with the entire WTVP-TV team over the last year. This letter is to memorialize that The P3 Group, Inc., in exchange for this 2022 charitable contribution acknowledgment, relinquishes all of its intellectual property rights in the 90 episodes identified on EXHIBIT A attached hereto. The royalty free license held by Dee Brown, Inc. to share the work in collaboration with WTVP-TV credits will remain in place.

Dee Brown

President & CEO

EXHIBIT

B

2670 Union Ave Ext, Suite 810 | Memphis, TN 38112 | O: (800) 896-5502 | F: (901) 297-4132

# EXHIBIT A

| EPISODE # | #HBCYou |
|---|---|
| 1 | Palmer Williams Jr. & Lodric Collins - Part 1 |
| 2 | Palmer Williams Jr. & Lodric Collins Part 2 |
| 3 | Omarosa, Gee Johnson, Helen Dowdell - Part 1 |
| 4 | Omarosa, Gee Johnson, Helen Dowdell - Part 2 |
| 5 | Nathaniel Clark & Charles Barron |
| 6 | Emmanuel Lewis |
| 7 | Randolph Chestang & Jeremy Simpson |
| 8 | Monica Barnes, Kristen Broady, Lori Chestang |
| 9 | Monica Barnes, Kristen Broady, Lori Chestang |
| 10 | Lataisha Jackson & Chuck Espy Part 1 |
| 11 | Lataisha Jackson & Chuck Espy Part 2 |
| 12 | Dr. Nathaniel Glover |
| 13 | Flex Alexander |
| 14 | Julian Miller & Ben Baltimore |
| 15 | Dr. Herman Felton |
| 16 | William Wade |
| 17 | Marlon & Alexandria Cummings & John Grant |
| 18 | Venai Brown, Jalissa Collins, & Lakina Sidney |
| 19 | Venai Brown, Chris Blair, & Liz Chestang |
| 20 | C. Lynn Thomas & Tambra Cheri |
| 21 | Rodney Herenton |
| 22 | Bennie Chestang & Pamela Gary |
| 23 | Jarvis Stewart |
| 24 | David Mosley & Denver Williams |
| 25 | Janice Haith & Robert Hall |
| 26 | Anthony Norris & Lashasa Griffin |
| 27 | Joshua Gunn & Reginald Thompson |
| 28 | Twins Panel: Ericka D.Brownlee-Keller, Erin Brownlee, Dr. Keegan Rayford, Dr. Keegan Rayford |
| 29 | Chris Gees & Kiaira Nixon |
| 30 | John Smith Jr. |
| 31 | Mr. Richard C. Campbell |
| 32 | Rev. John Allen Newman & Omarosa Newman |
| 33 | Mike Jenkins |
| 34 | Floyd and Kourtni Lester |
| 35 | Dr. Lester Mccorn |

# EXHIBIT A

| EPISODE # | SELF MADE |
|---|---|
| 1 | Jamel Wright |
| 2 | Emmanuel Lewis |
| 3 | Gee Johnson |
| 4 | Omarosa Newman |
| 5 | Vincent Lane |
| 6 | Emmitt Smith |
| 7 | Bob & Amy Eid |
| 8 | Flex & Shanice |
| 9 | Carlos Moore |
| 10 | Jeremy Simpson & Randy Chestang |
| 11 | Palmer Williams |
| 12 | Jim foley |
| 13 | Nathaniel Clark |
| 14 | Jamel— Dee Brown |
| 15 | Lodric Collins |
| 16 | Dr. Charles Barron |
| 17 | Sudheer Sajja |
| 18 | Blac Elvis |
| 19 | Quintin Smith |
| 20 | Helen Dowdell |
| 21 | Dev Pathik |
| 22 | Lorie Chestang |
| 23 | Mia Michelle Henry |
| 24 | Maurice Evans |
| 25 | Tony & Liz Chestang |
| 26 | Randle Carter |
| 27 | JT Gray |
| 28 | C. Lynn Thomas |
| 29 | Quinton Aaron |
| 30 | Quinton Aaron - Part 2 |
| 31 | Jarvis Stewart |
| 32 | Bennie & Aimmee Chestang |
| 33 | Larry Bullock |
| 34 | Janice Haith |
| 35 | Joshua Gunn |
| 36 | Charles Sims Jr. & Kameron Caldwell |
| 37 | Mr. Ronald Givens |
| 38 | John Smith Jr. |
| 39 | Keith and Keegan Rayford |
| 40 | Judge Joe Brown |
| 41 | Mike Jenkins |
| 42 | Leslie Matuszack |
| 43 | Dee Brown Special pt. 1 |
| 44 | Dee Brown Special pt. 2 |
| 45 | James Agbara Bryson pt. 1 |
| 46 | James Agbara Bryson pt. 2 |
| 47 | Bryan Cunningham |
| 48 | Tywanna Smith |
| 49 | Mel Bratton |
| 50 | Kenasha Paul |
| 51 | Floyd & Kourtni Lester |
| 52 | Stan LeConte |
| 53 | Dr. Lester Mccorn |
| 54 | Judge Joseph Wood Pt. 1 |
| 55 | Judge Joseph Wood Pt. 2 |

**Desi Gipson**

**From:** Andrew Rand <arand@amtci.org>
**Sent:** Friday, October 6, 2023 2:04 PM
**To:** Dee Brown; Roshelle Brown
**Cc:** Julie D. Sanders; Helen Barrick
**Subject:** WTVP Partnership
**Attachments:** P3 Tax letter FY2022.pdf; WTVP Acknowledgement.FINAL.pdf

All,

I'm trying to understand the full scope of the agreement with Dee and P3. Can we identify 1) what reimbursement, if any, was paid to Dee and his enterprise, and 2) what reimbursement, if any, was paid to WTVP by Dee and his enterprise?

This information will fully inform us as we record the agreement in our records.

Thank you in advance for your cooperation.

Andrew Rand
WTVP, Chairman

On Oct 6, 2023, at 8:53 AM, Julie D. Sanders <julie.sanders@wtvp.org> wrote:

Thank you Dee, that is what I suspected. I'm just trying to get all of my ducks in a row.

Julie

**From:** Dee Brown <dbrown@thep3groupinc.com>
**Sent:** Friday, October 6, 2023 8:45 AM
**To:** Julie D. Sanders <Julie.Sanders@wtvp.org>; Roshelle Brown <rbrown@thep3groupinc.com>
**Subject:** Re: WTVP Partnership

CAUTION: This email originated from outside of WTVP. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Julie,

We never had a formal agreement, however, I have attached the year-end tax letter from WTVP and my letter back to Lesley. I hope this help fill in some of the blanks. I'm happy to formalize our agreement better if necessary.

The P3 Group, Inc.
Dee Brown, Affiliate Broker, MBA, LEED GA
President & CEO
Member - FORBES Real Estate Council
P: (800) 896-5502
F: (901) 297-4132

www.thep3groupinc.com

www.DeeBrownCEO.com

Design-Build-Finance? You can BANK on us!

REALTORS | DEVELOPERS | PUBLIC PRIVATE PARTNERSHIPS

---

**From:** Julie D. Sanders <Julie.Sanders@wtvp.org>
**Sent:** Friday, October 6, 2023 8:35:36 AM
**To:** Dee Brown <dbrown@thep3groupinc.com>; Roshelle Brown <rbrown@thep3groupinc.com>
**Subject:** WTVP Partnership

Dee,

WTVP PBS has been challenged by the tragic loss of our CEO, Lesley Matuszak. At this time, I am working to connect with our strategic partners so that we can understand aspects of our enterprise that Lesley was managing.

Would you please forward a copy(scan) of the agreement WTVP has with you so we can fill in the details? If possible, I'd like to be able to include these details in our next station meeting this coming Monday.

Looking forward to hearing from you,

Julie Sanders
Interim Station Manager, WTVP PBS

<2022_10_wtvp-peo-mag_email_signature_new_logo_171a7c10-7586-4d04-afa2-424aa93aeb5c.png>

**Julie D. Sanders**
**Interim Station Manager**

**Office: 309-495-0591**
**Email: Julie.Sanders@wtvp.org**

101 State Street, Peoria, Illinois 61602

**www.wtvp.org | www.peoriamagazine.com**

<2022_10_sizzle_thumbnail_video_playe
c7f2-4dfe-8456-8e9b369f29ba.jpg>

The information (including any attachments) contained in this document is confidential and is for the use only of the intended recipient. If you are no recipient, you should delete this message. Any distribution, disclosure, or copying of this message, or the taking of any action based on its contents prohibited.

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Memphis, TN 38112

Certified Mail Fee $4.40

Extra Services & Fees (check box, add fee as appropriate)
- Return Receipt (hardcopy) $ $0.00
- Return Receipt (electronic) $ $0.00
- Certified Mail Restricted Delivery $ $0.00
- Adult Signature Required $ $0.00
- Adult Signature Restricted Delivery $

Postage $ 0.67

Total Postage and Fees $

Postmark Here

PEORIA IL 61601 MAR 18 2024

Sent To The P3 Group, Inc. Roshelle Brown
Street and Apt. No., or PO Box No. 2670 Union Ave. Ext. Ste 810
City, State, ZIP+4® Memphis, TN 38112

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7021 0950 0000 8370 6736

Delivered 3/22/24

**the 2022 income tax receipt**

The P3 Group, Inc.
Attn: Roshelle Brown
2670 Union Ave Ext. Ste 810
Memphis, TN 38112

Dear Roshelle Brown,

The February 3, 2023 letter signed by Lesley Matuszak, at that time President & CEO, where it stated you had a tax-deductible contribution for 2022 of $2,922,300, is not valid. Do not consider this a valid tax-deductible contribution for 2022. Our legal and tax counsel has informed us that there is not a position available to provide you with any tax-deductible contribution for 2022 nor 2023. I am sorry for any inconvenience.,

Respectfully,

John Wieland
Chairman of the Board.

EXHIBIT
D

101 State Street • Peoria, IL 61602-1547
309.677.4747 • www.wtvp.org