## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**P3 GROUP INC.,** *et al.*                                                    **PLAINTIFFS**

**v.**                          **Case No. 2:24-cv-00136 KGB**

**ILLINOIS VALLEY PUBLIC
TELECOMMUNICATIONS
CORPORATION,** *et al.*                                      **DEFENDANTS**

### ORDER

Before the Court is the motion for leave to file a reply in support of the motion to dismiss filed by defendants Illinois Valley Public Telecommunications Corporation d/b/a WTVP-TV and The Public Broadcasting Service (Dkt. No. 17). Defendants request leave to reply only with respect to their Federal Rule of Civil Procedure 12(b)(2) motion regarding the lack of personal jurisdiction (*Id.*, ¶ 3). Defendants state that they have inquired of plaintiffs whether they have any objection to the motion, but plaintiffs have not responded as of the filing of the motion (*Id.*, ¶ 4). For good cause shown, the Court grants the motion for leave to file a reply in support of the motion to dismiss (Dkt. No. 17). Defendants shall file their reply on or before December 30, 2024.

So ordered this the 18th day of December, 2024.

_____
Kristine G. Baker
Chief United States District Judge